John AMARAL et al. v. CLEARY et al.
Joe AFFONSO et al. v. CORNELL et al.

Nos. 8351, 8407.

Circuit Court of Appeals, Ninth Circuit.

Jan. 18, 1937.

No. 8351:

No. 8407:

J. L. Royle, of Fresno, Cal., and Grove J. Fink, of San Francisco, Cal., for appellants.

Leslie A. Cleary, Dist. Atty., and Frank B. Collier, Dep. Dist. Atty., both of Modesto, Cal., for appellees Cleary et al.

F. A. Silveira, Dist. Atty., of Merced, Cal., for appellees Cornell et al.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

These causes coming before this court on the transcripts of record, and stipulations of counsel that these causes abide the decision of this court in companion cause, Borges v. Loftis (No. 8406), 87 F. (2d) 734, in which a decree of affirmance is this day entered, it is ordered that a decree of affirmance be filed and entered in each of above causes.